# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **MARIA HENDERSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 07-0799-CG-M** |
| ) | |
| **DOLLAR GENERAL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's order on motions for summary judgment entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Dollar General Corporation, and against the plaintiffs, Maria Henderson and Lawrence Henderson, and the plaintiffs' claims against the defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this the 7th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE